IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES H. SIMMONS,**                                                                                             **PLAINTIFF**
**ADC #135731**

v.                             CASE NO: 5:14CV00081 BSM

**CAMRON RHODES, Correctional Officer,**
**Arkansas County Detention Center, et al.**                                                          **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for summary judgment [Doc. No. 23] is denied.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this order would not be taken in good faith.

IT IS SO ORDERED this 6th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE