**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHARLES H. SIMMONS,**                                                                **PLAINTIFF**
**ADC #135731**

v.                                         **CASE NO. 5:14CV00081 BSM**

**CAMRON RHODES et al.**                                                             **DEFENDANTS**

**ORDER**

The partial recommended disposition ("PRD") filed by United States Magistrate Judge Beth Deere and plaintiff Charles Simmons's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1       Summary judgment [Doc. No. 40] is granted on Simmons's inadequate medical care claims against defendants Cheek and Pitts and these claims are dismissed with prejudice.

2       Summary judgment is denied on Simmons's remaining claims and he is allowed to proceed on these claims.

3       The clerk is directed to terminate Cheeks and Pitts as defendants immediately.

IT IS SO ORDERED this 10th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE