IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES H. SIMMONS** **PLAINTIFF**
**ADC #135731**

v.          CASE NO. 5:14CV00081 BSM

**CAMRON RHODES et al.** **DEFENDANTS**

### ORDER

The partial recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere and plaintiff's Charles Simmons's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, it is concluded that the RD is hereby adopted in all respects.

Simmons's motion for summary judgment [Doc. No. 72] and his partial motion for summary judgment [Doc. No. 75] are denied.

IT IS SO ORDERED this 1st day of October 2015.

_____
UNITED STATES DISTRICT JUDGE