IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES SIMMONS**                                                                              **PLAINTIFF**

v.                                    **CASE NO. 5:14CV00081 BSM**

**CAMERON RHODES and**
**ROBBIE FREAD**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed with prejudice.

DATED this 28th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE